UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                              Plaintiff,

          – against –

ANNE CRONIN, *in her individual*
*capacity and as executor of the estate of*
Andrew Cronin*, deceased*,

                              Defendant.

**ORDER**

19 Civ. 11194 (ER)

RAMOS, D.J.:

     On January 10, 2020, the Government served the defendant with process.  No action has occurred in this case since that time.  Accordingly, the Government is directed to file a status report by November 1, 2020.

It is SO ORDERED.

Dated:   October 2, 2020
       New York, New York

_____
        EDGARDO RAMOS, U.S.D.J.