UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>ANNE CRONIN, IN HER INDIVIDUAL CAPACITY, AND AS EXECUTOR OF THE ESTATE OF ANDREW CRONIN, DECEASED,<br><br>      Defendants. | 19 Civ. 11194 (ER)<br><br>[PROPOSED] **DEFAULT JUDGMENT** |

   This action having been commenced on December 6, 2019, by the filing of a complaint and issuance of a summons; defendants Anne Cronin, individually, and Anne Cronin as executor of the estate of Andrew Cronin, deceased (together, "Defendants"), having been served on January 10, 2020, by serving the summons and Complaint via personal service on John Kerry, the doorman of Mrs. Cronin's building and a person of suitable age and discretion, at 80 Central Park West, New York, New York 10023, which is Mrs. Cronin's dwelling place/usual place of abode, and by mailing on January 14, 2020, two copies of the summons and Complaint to Mrs. Cronin at 80 Central Park West, Apartment 18-A, New York, New York 10023, in a First Class post paid envelope marked "Personal and Confidential," and Defendants not having answered or made any motion with respect to the complaint; the time for Defendants to answer or make any motion with respect to the complaint having expired; the Clerk of this Court having duly entered certification of default; and sufficient proof having been adduced that neither of the Defendants is in the military of the United States or an infant or incompetent person,

AND the Defendants having received notice of the ___August 12, 2021___ hearing on the motion for default judgment of plaintiff United States of America (the "plaintiff" or "United States") and having failed to appear or respond,

NOW on the application of Audrey Strauss, United States Attorney for the Southern District of New York, attorney for the United States, it is hereby

ORDERED AND ADJUDGED, that as of April 12, 2021, there is due and owing to the plaintiff from Anne Cronin, individually, a total amount of $308,809.89, which includes a penalty for failure to timely file a Report of Foreign Bank and Financial Accounts for 2005, 2006, 2007, 2008, 2009, 2010, 2011, and 2012, accrued late-payment penalties as provided by 31 U.S.C. § 3717(e)(2), and accrued pre-judgment interest as provided by 31 U.S.C. § 3717(a)(1); and it is further

ORDERED AND ADJUDGED, that as of April 12, 2021, there is due and owing to the plaintiff from Anne Cronin, as executor of the estate of Andrew Cronin, deceased, a total amount of $309,469.14, which includes a penalty for failure to timely file a Report of Foreign Bank and Financial Accounts for 2005, 2006, 2007, 2008, 2009, 2010, 2011, and 2012, accrued late-payment penalties as provided by 31 U.S.C. § 3717(e)(2), and accrued pre-judgment interest as provided by 31 U.S.C. § 3717(a)(1); and it is further

ORDERED AND ADJUDGED, that late-payment penalties as provided by 31 U.S.C. § 3717(e)(2) and pre-judgment interest as provided by 31 U.S.C. § 3717(a)(1) will accrue from and after April 12, 2021 and to the date of entry of this judgment and post-judgment interest shall accrue pursuant to 28 U.S.C. § 1961(a) and post-judgment late-payment penalties shall accrue pursuant to 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9, until the judgment is paid in full; and it is further

ORDERED AND ADJUDGED, that the amounts owed to plaintiff by the Defendants are hereby reduced to judgment; and it is further

ORDERED AND ADJUDGED, that the Clerk of this Court is directed to enter judgment and to close the case.

Dated: __August 12__, 2021
       New York, New York

                                                      **SO ORDERED**:

                                                      HONORABLE EDGARDO RAMOS
                                                      United States District Judge

Judgment entered this __12th__
day of __August__, 2021